GAIL SHIFMAN (State Bar No. 147334)
Attorney at Law
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 551-1500
Facsimile: (415) 551-1502

Attorney for Defendant
ANTHONY JOSEF NORRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 11-70588-EDL |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| vs. | **ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE** |
| ANTHONY JOSEF NORRIS, | |
| Defendant | |

Upon being advised that Pretrial Services has no objection, the parties hereby stipulate that the conditions of release shall be modified in the following manner:

1. Defendant shall be allowed to attend at least two meditation sessions per week at the Zen Center. Additional sessions per week may occur upon approval of Pretrial Services.

2. Defendant shall be allowed to leave the confines of the boundaries of the electronic monitoring to paint the exterior of his home, on days and hours as approved by Pretrial Services.

STIPULATION & [PROPOSED] ORDER
MODIFYING CONDITIONS OF SUPERVISED RELEASE                                                    1

3. All other conditions shall remain the same.

Dated: August 4, 2011                                              Dated: August 4, 2011

/s/                                                                                  /s/

_____                         _____
GAIL SHIFMAN                                                   OWEN MARTIKAN
Attorney for Defendant                                       Assistant United States Attorney

[PROPOSED] ORDER

This matter having come before the Court upon the stipulation of the parties and the Court being advised, IT IS ORDERED that the conditions of pretrial release shall be modified in the following manner:

1. Defendant shall be allowed to attend at least two meditation sessions per week at the Zen Center. Additional sessions per week may occur upon approval of Pretrial Services.

2. Defendant shall be allowed to leave the confines of the boundaries of the electronic monitoring to paint the exterior of his home, on days and hours as approved by Pretrial Services.

3. All other conditions shall remain the same.

Dated: September 13, 2011

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION & [PROPOSED] ORDER
MODIFYING CONDITIONS OF SUPERVISED RELEASE                                         2