1  GAIL SHIFMAN
   ATTORNEY AT LAW
2  44 Montgomery Street
   Suite 3850
3  San Francisco, CA  94104
   Telephone:  (415) 551-1500
4  Facsimile:  (415) 551-1502

5  Attorney for Defendant
6  ANTHONY JOSEF NORRIS

7

8                    IN THE UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12  UNITED STATES OF AMERICA,        Case No. CR 3-11-70588 MAG
                                     (JCS)
13                Plaintiff,
                                     STIPULATION AND [~~PROPOSED~~]
14       v.                          ORDER CONTINUING PRELIMINARY
                                     HEARING DATE
15  ANTHONY JOSEF NORRIS,
16                Defendant.
17

18

19       Plaintiff, by and through its attorney of record, Owen

20  Martikan, and defendant, by and through his attorney of record,

21  Gail Shifman, hereby stipulate and ask the Court to find as

22  follows:
23
         1.  That the parties are currently scheduled for a
24
    preliminary hearing date of November 1, 2011 at 9:30 a.m.  The
25
    parties have been in discussions and believe that the case will
26
27  resolve without proceeding to indictment.  To that end, the

28

parties are in the midst of negotiating a plea resolution to this case.

2.   That the parties believe that a continuance of the preliminary hearing date will allow for further review of the discovery materials allowing the parties to finalize discussions to resolve the case.

3.   That the parties request that the Court vacate the November 1, 2011 preliminary hearing date and continue it until November 9, 2011 at 9:30 a.m. before the duty Magistrate Judge, Joseph Spero.

4.   That Defendant Norris has been advised of and consents to the extension of time for the preliminary hearing beyond the time limit contained in Federal Rules of Criminal Procedure 5.1(c).

5.   That the parties agree that the failure to grant such a continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and that November 1, 2011 through November 9, 2011 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial and also under subsection (B)(iv) for

1  effective preparation of counsel, taking into account the
2  exercise of due diligence.

3
4  Dated: October 31, 2011          _____/s/_____
                                     Owen Martikan
5                                    Assistant United States Attorney

6  Dated: October 31, 2011          _____/s/_____
                                     Gail Shifman
7                                    Attorney for Defendant Norris

8                          **[~~PROPOSED~~] ORDER**

9
10      This matter having come before the Court upon the
11  Stipulation of the parties and GOOD CAUSE APPEARING, IT IS HEREBY
12  ORDERED,
13      That the November 1, 2011 preliminary hearing date shall be
14  vacated and continued until November 9, 2011 at 9:30 a.m. before
15  the duty Magistrate Judge;
16
17      And, that the time from November 1, 2011 through November 9,
18  2011 shall be excluded in accordance with the provisions of the
19  Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), to
20  provide the defense time to review discovery and for effective
21  preparation. The Court finds that (A) failure to grant the
22  continuance would unreasonably deny defendants the reasonable
23  time necessary for effective preparation, taking into account the
24  exercise of due diligence; and (B) the ends of justice served by
25  the continuance outweigh the best interests of the public and the
26  defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(1)(7)(A) &
27  (B)(iv).
28

STIPULATION & [~~PROPOSED~~] ORDER CONTINUING HEARING & EXCLUDING TIME          3

1          **IT IS SO ORDERED.**

2    Dated: October  31 , 2011

3                                          _____
                                           United States Magistrate Judge
                                           Joseph C. Spero